DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorney
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:11-CR-147-RLH-LRL |
| vs. | ) GOVERNMENT'S MOTION |
| | ) TO QUASH WARRANT |
| ZARBOD ZANGANEH, | ) AND FOR ISSUANCE OF |
| | ) SUMMONS |
| Defendant. | ) |

**COMES NOW** the United States of America, by and through Daniel G. Bogden, United States Attorney, and Kathryn Newman, Assistant United States Attorney, and respectfully requests that the Court quash the existing warrant issued for Zarbod A. Zanganeh and issue a summons for the defendant Zarbod A. Zanganeh.  An Arrest Warrant was requested in error for Zarbod A. Zanganehand.  A Summons should have been requested in the name of the defendant, Zarbod A. Zanganeh.  Accordingly, the United States requests that this Court quash the warrant and issue a summons for the defendant.

**DATED** this _____ day of April 2011

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Kathryn C. Newman
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KATHRYN C. NEWMAN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1 | IT IS SO ORDERED:
2 | */s/ Leavitt*
3 | UNITED STATES MAGISTRATE JUDGE
4 | DATED: 4-18-11