PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite 130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant Zarbod Zanganeh

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZARBOD ZANGANEH,<br><br>Defendants. | CASE NO.: 2:11-CR-00147-RLH-CWH<br><br>**ORDER** |

IT IS HEREBY ORDERED that Mr. Zarbod Zanganeh be permitted to travel outside the United States on a Caribbean Cruise on or between the dates of November 30th, 2013 and December 7, 2013.

DATED this 21st day of November, 2013.                          3.

_____
UNITED STATES DISTRICT JUDGE